# NO. 12-10-00135-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

§

**IN RE: HELEN WOOTEN,** §  **ORIGINAL PROCEEDING**
**RELATOR**

§

*MEMORANDUM OPINION*
*PER CURIAM*

On May 11, 2010, this court initiated contempt proceedings against court reporter Helen Wooten for failing to obey its March 9, 2010 order by which it was ordered that Wooten file the reporter's record in cause number 12-09-00249-CR on or before March 19, 2010. Wooten was ordered to appear before this court at 2:00 p.m. on June 7, 2010 "prepared to show cause to this Court why she should not be held in contempt for failing to obey this Court's order of March 9, 2010. . . ." Wooten appeared in person at 2:00 p.m. on June 7, 2010 and filed the complete reporter's record in cause number 12-09-00249-CR.

At the conclusion of the hearing, the court found Wooten in contempt for violating the March 9, 2010 order. As punishment, the court assessed a fine of $500.00 payable to the Clerk of the Twelfth Court of Appeals on or before noon on July 7, 2010. Wooten timely paid the fine assessed. Because Wooten has purged herself of her contempt, this original proceeding is *dismissed*.

Opinion delivered August 4, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)